IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:23cr406-MHT
                            )            (WO)
MARIAN DILL                 )
```

SUPPLEMENTAL ORDER ON RESTITUTION PAYMENTS

It is ORDERED that on or before September 11, 2024, the United States Probation Office is to file a report detailing:

(1) whether the Social Security Administration is withholding money from defendant Marian Dill and, if so, how much;

(2) whether the amount of money due to be paid to the clerk of the court for restitution should be modified or not, and, if so, how; and

(3) whether the government and defendant Dill agree to the representations made in the report.

DONE, this the 9th day of May, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE