IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:23cr406-MHT
                            )            (WO)
MARIAN DILL                 )
```

## ORDER TERMINATING PROBATION EARLY

This case is before the court on defendant Marian Dill's motion for early termination of her three-year term of probation. Defense counsel represents that the government and supervising probation officer do not oppose the motion.

Under 18 U.S.C. § 3564 (c), "[t]he court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may terminate a term of probation previously ordered and discharge the defendant ... at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

After considering the relevant factors, the court finds that early termination of Dill's probation is warranted and in the interest of justice. She has completed approximately 15 months of her three-year term of probation with no episodes of noncompliance and with full compliance with all supervision directives. Her $ 1.00 per month restitution payments are automatically deducted from her monthly social security benefits. There is no evidence that she has engaged in violence, substance abuse, or other criminal activity while on supervision. She has a stable income and residence and has regular contact with and the support of her sons and others in her community. In short, she has successfully reintegrated into society and is well positioned to avoid future criminal involvement.

***

Accordingly, based on the above factors and the representation that the government and probation officer do not oppose the motion, it is ORDERED that

2

defendant Marian Dill's motion for early termination of probation (Doc. 42) is granted, and defendant Dill is discharged.

DONE, this the 30th day of July, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE